IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDITH O. BARELA,

    Plaintiff,

vs.                                              Civ. No. 98-1371 BB/WWD ACE

UNITED STATES DEPARTMENT OF DEFENSE
and WILLIAM S. COHEN, Secretary of Defense,
in his official capacity as Head of the Department
of Defense,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Motion for Protective Order filed by Defendant on September 23, 1999. Defendant seeks a protective order to prevent the taking of the deposition of Mrs. Gail Tolbert on September 28, 1999. The notice of the deposition was not timely served so as to be in compliance with D.N.M. LR-Civ. 30.1.

**WHEREFORE,**

**IT IS ORDERED** that Defendant's Motion for Protective Order to bar the taking of the deposition of Mrs. Gail Tolbert on September 28, 1999, be, and it hereby is, GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE